**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) Criminal No. 01-198 (DWF/AJB)<br>ANTHONY M. MAKI AND JULIE A. MAKI )<br>_____ | |
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) Criminal No. 02-215 (JRT/FLN)<br>ANTHONY M. MAKI )<br>_____ | |

**NOTICE TO THE COURT OF POSSIBLE RELATED CASES**

The undersigned attorney hereby notifies the Court and counsel that the above-captioned cases are related for the following reasons:

■   Cases involving the same defendant(s), whether the prior cases are open or closed.

■   Cases that arise out of the same investigation and have temporal proximity.

Dated: September 17, 2013        Respectfully submitted,

JOHN R. MARTI
Acting United States Attorney

*s/ Karen B. Schommer*

BY: KAREN B. SCHOMMER
Assistant United States Attorney
Attorney ID No. 7126WV

1