

September 20, 2013

The Hon. Magistrate Judge Steven E. Rau         VIA E-FILING
United States District Court
316 North Robert Street
St. Paul, MN  55101

Re:    United States of America v. Anthony M. Maki and Julie A. Maki
       Court File Nos:  01-198 (DWF/AJB) and 02-215 (JRT/FLN)

Dear Magistrate Judge Rau:

Pursuant to the discussion at Mr. Maki's first appearance on Wednesday, September 18, 2013 (wherein I assured the Court that I would let all parties know by the end of the week whether I will be representing Mr. Maki), this letter is notice that *I am not representing* Mr. Maki.  I will not be retained and I have not filed a certificate of representation.

I am forwarding this letter to all parties and the Federal Defender's Office.

Thank you very much.

                                                Very truly yours,

                                                CAPLAN & TAMBURINO LAW FIRM, P.A.

                                                Joseph P. Tamburino

JPT:smm

cc: Anthony Maki, Defendant (c/o Sherburne jail)
    Ryan Garry, Attorney at Law
    Michael Cheever, AUSA
    Federal Defender's Office

525 Lumber Exchange Building • 10 South 5th Street • Minneapolis, Minnesota 55402
24-Hours: (612) 341-4570 • FAX (612) 341-0507 • www.crimedefense.com