UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 01-198 DWF/AJB |
| Plaintiff, | |
| v. | ORDER |
| 2)  ANTHONY M. MAKI,<br>3)  JULIE A. MAKI, | |
| Defendants. | |

The above matter came on before the undersigned upon the Defendants' unopposed Motion for Continuance of Pretrial Motions and Hearing [Docket No. 78].

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Defendant's unopposed Motion for Continuance of Pretrial Motions and Hearing [Docket No. 78] is granted as follows:

1. Oral argument on all motions will be heard before Magistrate Judge Arthur J. Boylan in Courtroom 9E of the U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota on October 29, 2013, at 3:30 p.m.

2. Motions shall be filed on or before October 22, 2013.

Dated: October 10, 2013

                                            s/ Arthur J. Boylan
                                            ARTHUR J. BOYLAN
                                            Chief United States Magistrate Judge