# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** | |
|---|---|---|---|
| Plaintiff, | ) | | |
| | ) | Case No: | CR 01-198 DWF/JSM and |
| v. | ) | | CR 02-215 DWF/JJK |
| | ) | Date: | November 25, 2013 |
| Anthony M. Maki, | ) | Court Reporter: | Jeanne Anderson |
| Defendant. | ) | Courthouse: | St. Paul |
| | ) | Courtroom: | 7C |
| | ) | Time Commenced: | 9:51 a.m. |
| | | Time Concluded: | 11:15 a.m. |
| | | Sealed Hearing Time: | |
| | | Time in Court: | 1 Hour & 24 Minutes |

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

Before Donovan W. Frank, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:
    For Plaintiff:    Karen Schommer
    For Defendant:    Michael Colich    ☒ CJA Appointed

PROCEEDINGS:
    ☐ **Arraignment** on ☐ Information, ☐ Indictment
    ☒ **Change of Plea Hearing.**
    ☐ **Initial Appearance.**
    ☐ Indictment waived.
    ☐ Defendant withdraws plea of as to Count(s):

    ☒ PLEA:
        ☒ Guilty as to Counts: 1 and 8 of the indictment in CR 01-198(2) DWF/JSM and
            Count: 3 of the Indictment in CR 02-215 DWF/JJK

        ☐ "Nolo Contendere" as to Count(s):
        ☐ Defendant admits allegations in the Information.

    ☒ Presentence Investigation and Report requested.
    ☐ Bond continued.
    ☐ ~Util Set/Reset Hearings:  Sentencing is scheduled for at before.
    ☒ Defendant remanded to the custody of the U.S. Marshal.

                                                               s/B. Schaffer
                                                               Courtroom Deputy